UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| LORYE HARNESS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) NO. 1:10-0029 |
| RANDAL WARD, Sheriff, et al., | ) Judge Haynes/Bryant |
| Defendants. | ) |

## **O R D E R**

The parties have filed a Joint Stipulation of Dismissal of this case (Docket Entry No. 42). There is nothing remaining to be done by the undersigned in this matter. The Clerk is directed to return the file to the District Judge for his consideration of the parties' Joint Stipulation of Dismissal.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge